# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133341

STEVEN SWEARINGER,
      Plaintiff-Appellant,

v

                                  SC: 133341
                                  COA: 272158

DAIMLERCHRYSLER CORPORATION,     Wayne CC: 05-513198-NO
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the January 23, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2007

d0919

_____
Clerk